# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| Spectralytics, Inc., | ) | **COURT MINUTES** |
| | ) | BEFORE: Patrick J. Schiltz |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No:  05-CV-1464 (PJS/RLE) |
| | ) | Date:  June 8, 2009 |
| Cordis Corporation and Norman Noble, Inc., | ) | Court Reporter:  Debra Beauvais |
| | ) | Time Commenced:  8:30 a.m. |
| Defendants. | ) | Time Concluded:  11:50 a.m. |
| | ) | Time in Court:  3 Hours & 20 Minutes |
| | ) | |

Hearing on: **Defendants' Post-Trial Motion for Judgment as a Matter of Law, or in the Alternative for Reduction or Remittitur of Damages or for a New Trial [Docket No. 376];
Plaintiff's Motion for Prejudgment and Post-Judgment Interest, an Accounting, a Permanent Injunction, Enhanced Damages, Costs, and Attorney's Fees [Docket No. 379]**

APPEARANCES:

   Plaintiff:    Alan G. Carlson, Dennis Bremer, Matthew Goggin, Russell Rigby, Derek Vandenburgh
   Defendant Cordis Corporation:  Gregory Diskant, Jesse Devine, Michael J. Timmons, Robert Lehrburger, Courtland Merrill
   Defendant Norman Noble, Inc.:  James Niehaus, John Connelly

PROCEEDINGS:

   ☐ Plaintiff's Witnesses:
   ☐ Plaintiff' Exhibits:
   ☐ Defendant's Witnesses:
   ☐ Defendant's Exhibits:

**\*IT IS ORDERED**: Matter taken under advisement.

   ☐ **Submitted**      ☐ **Sustained**      ☐ **Overruled**
   ☐ Brief time set:
   ☒ Written order forthcoming.

                                             s/S. Fast
                                             Calendar Clerk